JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SAMSON and JACK KASHANI, | CASE NO. CV 09-01433 MMM (PJWx) |
| Plaintiffs, | JUDGMENT FOR DEFENDANT |
| vs. | |
| NAMA HOLDINGS, LLC, | |
| Defendant. | |

On May 4, 2009, the court held a hearing on plaintiffs' motion to compel arbitration. Having considered the evidence presented by the parties, and having reviewed the briefs and heard the argument of counsel, the court entered an order on May 20, 2009, denying plaintiffs' motion and petition to compel arbitration, and dismissing plaintiffs' claims for declaratory relief and for injunctive relief under the All Writs Act, 28 U.S.C. § 1651.  Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs' petition to compel arbitration is denied;

2. That plaintiffs' claims for declaratory and injunctive relief are dismissed without

1  prejudice;

2  3. That plaintiffs take nothing by way of their complaint; and

3  4. That this action be, and it hereby is, dismissed.

5  DATED: May 27, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2