UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SAMSON and JACK KASHANI, | ) CASE NO. CV 09-01433 MMM (PJWx) |
| Plaintiffs, | ) |
| vs. | ) JUDGMENT FOR DEFENDANT |
| NAMA HOLDINGS, LLC, | ) |
| Defendant. | ) |

On May 27, 2009, the court entered judgment for defendant NAMA Holdings, LLC. On August 7, 2009, the court issued an order granting defendant's motion for attorneys' fees and awarding defendant $177,679.41 in attorneys' fees and expenses. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That defendant recover $177,679.41 in attorneys' fees and expenses; and
2. That the award of attorneys' fees bear post-judgment interest at an annual rate of 0.49% until paid.

DATED: August 10, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE